UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DANIEL JOHN DERWINSKI,

    Plaintiff,                    Case No. 2:16-cv-218

v.                                    HON. PAUL L. MALONEY

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

## JUDGMENT

In accordance with the Opinion issued herewith, **IT IS ORDERED** that the Commissioner's decision is **AFFIRMED**.

                                                /s/ Paul L. Maloney
                                               PAUL L. MALONEY
                                               UNITED STATES DISTRICT JUDGE

Dated:  March 22, 2018